| | |
|---|---|
| Michael McShane (SB 127944)<br>mmcshane@audetlaw.com<br>Jonas P. Mann (SB 263314)<br>jmann@audetlaw.com<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco CA 94105<br>Telephone: 415.568.2555<br>Facsimile: 415.568.2556<br><br>Jonathan K. Tycko (*pro hac vice*)<br>jtycko@tzlegal.com<br>Jeffrey D. Kaliel (SB 238293)<br>jkaliel@tzlegal.com<br>TYCKO & ZAVAREEI LLP<br>2000 L Street, N.W., Suite 808<br>Washington, D.C. 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br><br>Cheryl Leahy (SB 270665)<br>cleahy@cok.net<br>Lisa Winebarger (SB 286773)<br>lwinebarger@cok.net<br>COMPASSION OVER KILLING<br>19401 S. Vermont Ave.<br>Suite J105<br>Torrance, CA 90502<br><br>*Attorneys for Plaintiff* | Jennifer Levin (SB 252420)<br>jlevin@venable.com<br>VENABLE LLP<br>2049 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 229-9900<br>Facsimile:  (310) 229-9901<br><br>Roger A. Colaizzi (*pro hac vice*)<br>racolaizzi@venable.com<br>VENABLE LLP<br>575 Seventh Street, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 344-8051<br>Facsimile: (202) 344-8300<br><br>Edward P. Boyle (*pro hac vice*)<br>epboyle@venable.com<br>VENABLE LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>Twenty-Fourth Floor<br>New York New York 10020<br>Telephone: (212) 808-5675<br>Facsimile: (212) 307-5598<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA ORTEGA, on Behalf of Herself and All Others Similarly Situated,<br>        Plaintiff,<br><br>    vs.<br><br>THE KROGER CO.<br>        Defendant. | **Case No. 2:14-cv-1949**<br><br>**JOINT NOTICE OF SETTLEMENT** |

1   On June 12, 2014, the Court granted the Parties' Stipulation to Continue Motions and
2   Scheduling Conference, in order for the Parties to pursue settlement discussions.  Doc. No.
3   56.  The Court ordered that "[i]f a settlement is reached, the parties are ordered to file a notice of
4   settlement, with a proposed date by which the matter will be dismissed on or before August 22,
5   2014."  *Id*.   The Parties hereby inform the Court that they have entered into an agreement in
6   principle to settle all claims at issue in the above-captioned action. The proposed settlement will
7   be memorialized in a complete written settlement agreement and related documents, and, when
8   finalized, will result in the dismissal of the action within 30 days.  Based on the foregoing, the
9   parties respectfully request that all current deadlines in this matter continue to be suspended for
10  30 days from the date of this filing.

12  Dated: August 22, 2014

14  Respectfully submitted,

15  /s/ Jonas P. Mann
    Michael McShane (SB 127944)
16  mmcshane@audetlaw.com
    Jonas P. Mann (SB 263314)
17  jmann@audetlaw.com
    **AUDET & PARTNERS, LLP**
18  221 Main Street, Suite 1460
    San Francisco, CA94105
19  Telephone: (415) 568-2555
20  Facsimile: (415) 568-2556

21  Jonathan K. Tycko (*admitted pro hac vice*)
    jtycko@tzlegal.com
22  Jeffrey D. Kaliel (SB 238293)
23  jkaliel@tzlegal.com
    **TYCKO & ZAVAREEI LLP**
24  2000 L Street, N.W.
    Suite 808
25  Washington, D.C. 20036
26  Telephone: (202) 973-0900
    Facsimile: (202) 973-0950

27
    Cheryl Leahy (SB 270665)
28  cleahy@cok.net
    Lisa Winebarger (SB 286773)

/s/ Jennifer Levin
Jennifer Levin (SB 252420)
jlevin@venable.com
**VENABLE LLP**
2049 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile:  (310) 229-9901

Roger A. Colaizzi (*admitted  pro hac vice*)
racolaizzi@venable.com
**VENABLE LLP**
575 Seventh Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-8051
Facsimile: (202) 344-8300

Edward P. Boyle (*admitted pro hac vice*)
epboyle@venable.com
**VENABLE LLP**
Rockefeller Center
1270 Avenue of the Americas

lwinebarger@cok.net
**COMPASSION OVER KILLING**
19401 S. Vermont Ave.
Suite J105
Torrance, CA 90502

*Co-Counsel for Plaintiff*

Twenty-Fourth Floor
New York New York 10020
Telephone: (212) 808-5675
Facsimile: (212) 307-5598

*Counsel for Defendant The Kroger Co.*

## ATTESTATION OF CONCURRENCE

I, Jonas P. Mann, am the ECF User whose ID and password are being used to file this **JOINT NOTICE OF SETTLEMENT**. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Jennifer Levin has concurred in this filing.

Dated: August 22, 2014                          /s/ Jonas P. Mann
                                                Jonas P. Mann