# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA ORTEGA, on Behalf of Herself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE KROGER CO.<br>          Defendant. | Case No. LA CV14-01949 JAK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE   JS-6** |

The parties' joint stipulation of dismissal with prejudice is hereby GRANTED. Each party to bear its own costs.

Dated: October 14, 2014

_____

Hon. John A. Kronstadt
United States District Court